IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH CHANCE SLATER, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-063 (WLS-TQL) |
| | * |
| OFFICER WILLIAMS, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of September, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk